WILLIS G. NESBIT AND ELIZABETH C. NESBIT v. PAUL HOWARD AND EVELYN HOWARD

No. 79PA92

(Filed 4 June 1993)

On discretionary review of an unpublished decision of the Court of Appeals, 105 N.C. App. 105, 412 S.E.2d 373 (1992), reversing the judgment entered by John, J., in the Superior Court, Iredell County, on 14 September 1990 and remanding the case for trial on defendants' counterclaim for damages. Heard in the Supreme Court 6 October 1992.

*Womble Carlyle Sandridge & Rice, by Reid C. Adams, Jr., and Thomas L. Nesbit, for plaintiff-appellants.*

*David P. Parker for defendant-appellees.*

PER CURIAM.

Justice Parker recused and took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See Kempson v. N.C. Dept. of Human Resources*, 328 N.C. 722, 403 S.E.2d 279 (1991).

AFFIRMED.